**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Apr. 7, 2023

THE LAW OFFICE OF
# NOOR A. SAAB

380 N. Broadway, Ste 300
Jericho, New York 11753
Tel: (718) 740-5060 * Fax: (718) 709-5912
Email: NoorASaabLaw@gmail.com

Noor A. Saab, Esq.*
-----------
* Admitted in New York

QUEENS OFFICE
148-02 Hillside Ave
Jamaica, New York 11435

March 9, 2023

**BY ECF**
Honorable Andrew L. Carter, Jr
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:   JANELYS HERNANDEZ v. BELLA MIA, LLC. (1:22-cv-07757)**

To the Honorable Andrew L. Carter, Jr,

    We represent the Plaintiff Janelys Hernandez in the above-referenced matter. Together with counsel for the defendant, we jointly and respectfully move this court to stay all case deadlines in this action for sixty (60) days from March 13, 2023, to May 12, 2023.

This requested stay will permit the parties to finalize their efforts and terms to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those terms are complete, a voluntary dismissal will be filed.

Application granted nunc pro tunc. All case deadlines are stayed until May 12, 2023. If a voluntary dismissal has not been filed by that time, the parties are ORDERED to file a joint status report on the status of negotiations.

Respectfully submitted,

/s/ Noor A. Saab, Esq.

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Apr. 7, 2023