UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANELYS HERNANDEZ, on behalf of herself and all others similarly situated, | Docket No.: 1:22-CV-7757-ALC |
| Plaintiff, | Civil Action |
| -against- | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| BELLA MIA, LLC, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, that the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed, pursuant to Rule 41(a), against all parties, **with prejudice**.

**IT IS HEREBY FURTHER STIPULATED**, by and between the attorneys for the parties hereto that facsimile signatures shall be deemed as originals for the purposes of this stipulation only.

**IT IS HEREBY FURTHER STIPULATED**, that this stipulation may be signed in counterparts.

Dated: April 25, 2023

| | |
|---|---|
| LAW OFFICES OF NOOR A. SAAB, ESQ. | CALLAHAN & FUSCO, LLC |
| Attorneys for Plaintiff, JANELYS HERNANDEZ | Attorneys for Defendants, BELLA MIA, LLC |
| By: *Noor A. Saab* 4/26/2023 | By: *Matthew B. Sicheri* |
| NOOR A. SAAB, ESQ. | MATTHEW B. SICHERI, ESQ. |
| 380 NORTH BROADWAY, SUITE 300 | 40 EXCHANGE PLACE, 18TH FLOOR |
| JERICHO, NEW YORK 11753 | NEW YORK, NY 10005 |
| (718) 740-5060 | (877) 618-9770 |
| NOORASAABLAW@GMAIL.COM | MSICHERI@CALLAHANFUSCO.COM |